# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:14-cr-0033 |
| ) | |
| **ALVIN THOMAS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**BEFORE THE COURT** is Alvin Thomas' *pro se* motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255. (ECF No. 208.) The Magistrate Judge issued a Report and Recommendation dated November 7, 2024, recommending that the motion be dismissed as untimely. (ECF No. 218.) No objections were filed. After conducting a de novo review of the Magistrate Judge's Report and Recommendation, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 218, is **APPROVED** and **ADOPTED** as an Order of this Court; it is further

**ORDERED** that Alvin Thomas' motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255, ECF No. 208, is **DENIED as untimely**; it is further

**ORDERED** that a certificate of appealability be **DENIED;** it is further

**ORDERED** that Thomas' Motion to Correct the Record Pursuant to Federal Rule for Appellate Procedure 10(e) and Request for Copies of Audio Records, ECF No. 216, is **DENIED;** it is further

**ORDERED** that Thomas' Motion to Consolidate Cases and Argument for Due Process, ECF No. 217, is **DENIED;** and it is further

**ORDERED** that a copy of this Order shall be filed in the matter styled *Alvin Thomas v. United States*, Case No. 3:23-cv-0027, and the Clerk of Court shall **CLOSE** that case; and it is finally further

**ORDERED** that the Clerk of Court **SHALL** mail a copy of this Order to Alvin Thomas via certified mail, return receipt.

**Date:** February 19, 2025                             /s/ *Robert A. Molloy*
                                                          **ROBERT A. MOLLOY**
                                                          **Chief Judge**